UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 14-42978-659  Chapter 13 |
| | ) | |
| **MACK E BRISCOE** | ) | |
| | ) | |
| | ) | |
| **Debtor** | ) | |
| | ) | |

## TRUSTEE'S WITHDRAWAL OF OBJECTION TO CLAIM

   **COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and withdraws his Objection To Claim dated October 09, 2014, to claim 13 filed on behalf of BANK OF NEW YORK MELLON TRUSTEE.

Dated: November 19, 2014
WDOCLM--JS

/s/ John V. LaBarge, Jr., Chapter 13 Trustee
John V. LaBarge, Jr., Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

   The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of 11/19/2014.

/s/ John V. LaBarge, Jr., Chapter 13 Trustee
John V. LaBarge, Jr., Chapter 13 Trustee

MACK E BRISCOE
4637 EVANS
SAINT LOUIS, MO  63113

BANK OF NEW YORK MELLON TRUSTEE
350 HIGHLAND DR
C/O NATIONSTAR MORTGAGE LLC
LEWISVILLE, TX  75067

LAW OFFICE OF MARIE G ALLEN
PO BOX 411281
ST LOUIS, MO  63141-9998